IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMETRIS J. FULFORD, #203788, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:16-CV-1004-WKW ) [WO] ) |
| MARKIS L. CRAWFORD, | ) ) |
| Defendant. | ) ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 34.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 34) is ADOPTED;

2. Plaintiff's 42 U.S.C. § 1983 case against Defendant Marks L. Crawford is DISMISSED without prejudice for failure to comply with an order of the court.

A final judgment will be entered separately.

DONE this 17th day of October, 2017.

            /s/ W. Keith Watkins
          CHIEF UNITED STATES DISTRICT JUDGE